IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HYSKY TECHNOLOGIES, INC., | * |
| | * |
| Plaintiff/Counter-Defendant, | * |
| | * |
| | *   CV 424-162 |
| v. | * |
| | * |
| RHODRIC C. HACKMAN, et al., | * |
| | * |
| Defendants/Counter-Plaintiffs. | * |

O R D E R

Before the Court is the Parties' joint motion to dismiss with prejudice. (Doc. 62.) The Parties represent they have entered into a settlement agreement resolving all claims and request the Court dismiss with prejudice all claims asserted by one against the other. (Id. at 1.)

All Parties signed the joint motion; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA